# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-CR-3232-TWR |
| Plaintiff, | |
| v. | **JUDGEMENT AND ORDER** |
| GUSTAVO GARCIA, | |
| Defendant | |

Upon motion by the United States and for good cause shown, it is hereby ORDERED that this case be dismissed without prejudice.

Dated: 12/7/2020

_____
HON. TODD W. ROBINSON
United States District Judge